**No. 09-1021**  **September Term 2008**

**SEC-74FR3138**

**Filed On: May 8, 2009** [1179865]

American Equity Investment Life Insurance Company, et al.,

    Petitioners

    v.

Securities and Exchange Commission,

    Respondent

-----------------------------

Consolidated with 09-1056

    **BEFORE:** Chief Judge Sentelle and Circuit Judges Ginsburg and Rogers

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on May 8, 2009 at 9:30 a.m. The cause was heard as case No.1 of 3 and argued before the Court by:

    Eugene Scalia, counsel for Petitioners American Equity Investment Life Insurance Company, et al.

    Rodney F. Page, counsel for Petitioner National Association of Insurance Commissioners.

    Michael H. Conley (SEC), counsel for Respondent.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:    /s/
               Shana E. Thurman
               Deputy Clerk